# ALABAMA COURT OF CRIMINAL APPEALS



October 31, 2025

**CR-2024-0086**

J.M.M. v. State of Alabama (Appeal from Russell Circuit Court: CC-20-755)

## **NOTICE**

You are hereby notified that on October 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk